UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIAR CHING CONCEPCION,

      Petitioner,

    v.

WARDEN, GLADES COUNTY
DETENTION CENTER,  US
ATTORNEY GENERAL,

      Respondents,

      Case No. 2:26-cv-2068-KCD-NPM

## **ORDER**

Petitioner Eliar Ching Concepcion has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) This is his third petition. The last case was denied after the Court found he impeded removal efforts to Mexico. *See* 2:26-CV-01627-KCD-KRH.

Petitioner now says he is "cooperating with removal efforts and is willing to comply with reasonable ICE requests related to the removal process." (Doc. 1-1 at 2.) The Immigration and Nationality Act does not leave an individual without recourse if he objects to his designated destination. The statute provides a framework for contesting removal to a specific third country. *See* 8 U.S.C. § 1231(b). But nowhere in his petition does Concepcion allege—let alone offer evidence to show—that he has formally challenged his proposed removal to Mexico. Instead, he apparently dug in his heels and refused to physically

depart the United States. Because it seems Concepcion bypassed the proper legal channels for contesting his destination, and the Government represents that he can be removed to Mexico, the Court accepts he is legally subject to this third-country removal.

The Government has attested that it intends to remove Concepcion to Mexico in the next two weeks. Given this representation, and Concepcion's stated cooperation, the Court will deny the habeas petition because it finds a significant likelihood of removal in the reasonably foreseeable future. If Concepcion is not removed in that time period, a new petition can be filed.

For these reasons, the habeas petition is **DENIED WITHOUT PREJUDICE** to Concepcion refiling a new petition should his current detention be unimpeded and he is not removed to Mexico within two weeks as the Government claims. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on July 2, 2026.

Kyle C. Dudek
United States District Judge

2